ESTHER GOODSTEIN v. OCEANIC STEAM NAVIGATION COMPANY, LTD.— Application denied, with ten dollars costs.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of BENJAMIN FRANKEL for Admission to the Bar.— Application denied.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS KURTZMAN v. LOUIS COHEN, as President, etc., and Others.— Application to place motion for a stay on the calendar for March 4, 1927, granted, and said motion for a stay denied, with ten dollars costs.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of ONOFRIO RELLA, an Attorney.— Reference ordered to Hon. M. Warley Platzek, official referee.   Settle order on notice.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANNIE CASHMAN and Others, Respondents, v. SOUTH WEST END CORPORATION, Appellant, Impleaded, etc.— Judgment and order affirmed, with costs.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM K. JOHNSON and Others, etc., Respondents, v. SINCLAIR CONSOLIDATED OIL CORPORATION, Appellant.— Determination affirmed, with costs and disbursements.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS REHMER, Respondent, v. PETER P. CAPPEL, Doing Business, etc., Appellant.— Judgment and order affirmed, with costs.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Martin, J., dissents.

EDWARD C. BECHERER, Appellant, v. ELIZABETH VIRGINIA BECHERER, Respondent.— Judgment affirmed, with costs.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Martin, J., taking no part.

JOHN S. WISE, JR., Respondent, v. A. BURTT HARRINGTON, Appellant, Impleaded, etc.— Judgment affirmed, with costs.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS EDELHOCH, Respondent, v. WILLIAM M. BARRETT, as President, etc., Appellant.— Determination affirmed, with costs and disbursements.   No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

I. B. MILLER, INC., Respondent, v. 140TH STREET STORAGE CORPORATION and Another, Appellants, Impleaded, etc.— Judgment affirmed, with costs.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM J. McROBERTS and Others, etc., Respondents, v. NATIONAL DRY DOCK & REPAIR Co., INC., Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EMPRESS REALTY Co., INC., Respondent, v. JULIUS ROSLER, Appellant.— Judgment and order affirmed, with costs.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

WILLIAM J. McROBERTS and Others, Respondents, v. NATIONAL DRY DOCK & REPAIR Co., INC., Defendant, Impleaded with EDWARD P. MORSE, JR., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.   Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.